**LAWRENCE C. HERSH**
Attorney at Law
17 Sylvan Street, Suite 102B
Rutherford, NJ  07070
(201) 507-6300
*Attorney for Plaintiffs*

CASE CLOSED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

————————————————————————X
           :
DELIA CODOG and DESIREE CODOG, on   :
behalf of themselves and all others similarly  :
situated,          :
         :  Civil Action No. 2:15-cv-04897
    Plaintiffs,     :
         :  **NOTICE OF VOLUNTARY**
vs.         :  **DISMISSAL PURSUANT TO**
         :  **F.R.C.P. 41(a)(1)(A)(i)**
TRANS-CONTINENTAL CREDIT &   :
COLLECTION CORP. and JOHN DOES 1-25,  :
         :
    Defendants.    :
         :

<u>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**</u>

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,

Plaintiffs Delia Codog and Desiree Codog and/or their counsel, hereby gives notice that

the above-captioned action is voluntarily dismissed, with prejudice, against the defendant

Trans-Continental Credit & Collection Corp.

Dated:   April 27, 2016

By: <u>s/ Lawrence C. Hersh</u>
    Lawrence C. Hersh, Esq.
    17 Sylvan Street, Suite 102B
    Rutherford, NJ  07070
    (201) 507-6300
    *Attorney for Plaintifs*

SO ORDERED

3/20/16

Madeline Cox Arleo, U.S.D.J.